FILED
LORAIN COUNTY

2019 NOV 21 A 8: 20

COURT OF COMMON PLEAS
FOR LORAIN

## LORAIN COUNTY COMMON PLEAS

THE STATE OF OHIO :

VS. THE TERM OF: October, 2019

ANDRE COHEN : Case No: 19-CR1000001341

---

THE STATE OF OHIO :

ss:

LORAIN COUNTY :

In the Court of Common Pleas, Lorain County, Ohio, of the Term of **OCTOBER** in the year 2019.
**The Jurors of the Grand Jury of Lorain County, State of Ohio**, then and there duly impaneled, sworn and charged to inquire of and present all offenses whatever committed within the limits of said County, on their said oaths, in the name and by the authority of the State of Ohio, do find and present:

### COUNT ONE
Tampering With Evidence - 2921.12(A)(1) - F3

That ANDRE COHEN, on or about August 30, 2019, at Lorain County, Ohio, did knowing that an official proceeding or investigation is in progress, or is about to be or likely to be instituted, alter, destroy, conceal, or remove any record, document, or thing, with purpose to impair its value or availability as evidence in such proceeding or investigation in violation of Section 2921.12(A)(1) of the Ohio Revised Code contrary to the form of the statute in such case made and provided and against the peace and dignity of the State of Ohio.

### COUNT TWO
Carrying Concealed Weapons - 2923.12(A)(2) - F4

That ANDRE COHEN, on or about August 30, 2019, at Lorain County, Ohio, did knowingly carry or have, concealed on the person's person or concealed ready at hand, a handgun other than a dangerous ordnance in violation of Section 2923.12(A)(2) of the Ohio Revised Code contrary to the form of the statute in such case made and provided and against the peace and dignity of the State of Ohio. The weapon involved was a firearm that was either loaded or for which the offender had ammunition ready at hand.

## COUNT THREE
Improperly Handling Firearms In A Motor Vehicle - 2923.16(B) - F4

That ANDRE COHEN, on or about August 30, 2019, at Lorain County, Ohio, did knowingly transport or have a loaded firearm in a motor vehicle in such a manner that the firearm is accessible to the operator or any passenger without leaving the vehicle in violation of Section 2923.16(B) of the Ohio Revised Code contrary to the form of the statute in such case made and provided and against the peace and dignity of the State of Ohio.

A TRUE BILL

_Sylvia Duvall_
Grand Jury Foreman

Office of the Prosecuting Attorney
of Lorain County, Ohio

By: Dennis Will
Prosecuting Attorney

Assistant Prosecuting Attorney



**LORAIN COUNTY COURT OF COMMON PLEAS** *Exhibit A*
LORAIN COUNTY JUSTICE CENTER
225 COURT STREET
ELYRIA, OHIO 44035

DATE 11/21/2019

STATE OF OHIO

VS.
ANDRE COHEN
2014 19TH CT
LORAIN, OH 44052

*Bill of Attainder*
*Merritt v Hunter C.A. Kansas 170 F2d 739*

CASE NO. 19CR101341

## SUMMONS ON INDICTMENT
### INFORMATION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

TO: **ANDRE COHEN**
DOB: 09/14/1987

*Deposit to United States Treasury Money Order Pay Five Thousand $5,000 Release to me immediately to the court*

An Indictment, a copy of which is attached hereto, has been filed in above Court charging you with: TAMPERING WITH EVIDENCE; CARRYING CONCEALED WEAPONS; IMPROPERLY HANDLING FIREARMS IN A MOTOR VEHICLE

You are hereby summoned and ordered to appear at 8:45 A.M. ON 11/27/2019 for your arraignment in Lorain County Common Pleas Court, Court Room No. 409.

THE LORAIN COUNTY JUSTICE CENTER IS LOCATED AT 225 COURT STREET, ELYRIA, OHIO 44035

**IF YOU FAIL TO APPEAR AT THE TIME AND PLACE STATED ABOVE YOU MAY BE ARRESTED.**

If you receive this summons after the above date for scheduled arraignment, contact this office at (440) 329-5538 for the date of your arraignment.

TOM ORLANDO
CLERK OF THE COURT OF COMMON PLEAS
LORAIN COUNTY, OHIO

By: _____
Deputy Clerk